**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK A. MITCHELL, | No. C 12-1160 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, | |
| Respondent. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 5, 2012

_____
SUSAN ILLSTON
United States District Judge